# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 158 MM 2014
:
             Respondent      :
:
:
:
         v.             :
:
:
DARRYL LANGERSTON,       :
:
           Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **DENIED**.